# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

June 17, 2021

Lyle W. Cayce
Clerk

No. 19-10846

IN THE MATTER OF: ACIS CAPITAL MANAGEMENT G.P., L.L.C.,
AND ACIS CAPITAL MANAGEMENT, L.P.

*Debtor*,

--------------------------

NEUTRA LIMITED,

*Appellant*,

*versus*

JOSHUA N. TERRY,

*Appellee*,

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:18-CV-1056
USDC No. 3:18-CV-1057
USDC No. 3:18-CV-1073
USDC No. 3:18-CV-1084

No. 19-10846

Before Smith, Ho, and Oldham, *Circuit Judges*.

Per Curiam:*

Having thoroughly reviewed the parties' briefs and arguments, we conclude the appeal is moot. The case is therefore DISMISSED.

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.